CA 07 130S

AO 243 (Rev. 5/85)

MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT
SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District: Rhode Island | |
|---|---|---|
| Name of Movant: Arthur D'Amario III | Prisoner No.: 02989-070 | Case No. |
| Place of Confinement: Federal Detention Center, POB 562, Philadelphia, PA 19105 | | |

UNITED STATES OF AMERICA v. Arthur D'Amario
(name under which convicted)

## MOTION

1. Name and location of court which entered the judgment of conviction under attack District of Rhode Island, 1 Exchange Terrace, Providence, RI

2. Date of judgment of conviction Dec. 22, 1999

3. Length of sentence "18" months

4. Nature of offense involved (all counts) one count, 18 USC 922(g)(1)

5. What was your plea? (Check one)
   (a) Not guilty ☒
   (b) Guilty ☐
   (c) Nolo contendere ☐

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury ☒
   (b) Judge only ☐

7. Did you testify at the trial?
   Yes ☒ No ☐

8. Did you appeal from the judgment of conviction?
   Yes ☒ No ☐

AO 243 (Rev. 5/85)

9. If you did appeal, answer the following:

(a) Name of court First Circuit

(b) Result summary affirmance (2 Fed.Appx. 25)

(c) Date of result 2/12/01

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications or motions with respect to this judgment in any federal court?
Yes ☒ No ☐

11. If your answer to 10 was "yes," give the following information:

(a) (1) Name of court district of RI

(2) Nature of proceeding Rule 33 motion (2002) and Section 2255 petition (No. 1-cv-0097T)

(3) Grounds raised Inadmissibility of evidence due to Fourth Amendment violations by the State; ineffective assistance; prejudicial denial of a continuance 12/21/99 to allow time to subpoena witness Sharon Turner; coercion/duress/lack of fair warning preventing disposal of firearm.

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐ No ☒

(5) Result All motions and petitions summarily dismissed.

(6) Date of result 2255: 5/17/01. Rule 33: 2002.

(b) As to any second petition, application or motion give the same information:

(1) Name of court

(2) Nature of proceeding

(3) Grounds raised

AO 243 (Rev. 5/85)

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐ No ☐

(5) Result ______

(6) Date of result ______

(c) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?
(1) First petition, etc. Yes ☒ No ☐ (2255) (No. 1-1814)
(2) Second petition, etc. Yes ☒ No ☐ (Rule 33) (No. 2-2354)

(d) If you did not appeal from the adverse action on any petition, application or motion explain briefly why you did not:

I AM ENTITLED TO EQUITABLE TOLLING AND MY PETITION IS TIMELY FILED.

I discovered Judge Torruella's extra-judicial collusion with my prosecutors 3/16/07 in a 143-page USMS release of FOIA records. I was impeded from discovering this bias sooner because USMS withheld their records for years, and Torruella ignored my 2002 inquiry, then lied to me in his 3/6/03 letter denying culpability. Nor was this information and documentation disclosed by AUSA Goldklang in Camden in 2001. The time for filing is tolled by 28 USC 2255(2, 4) and the doctrine of equitable tolling. I am not required to seek Circuit approval to file because this petition seeks reentry of Judgments so I may obtain impartial review of appeals already timely claimed but not fairly adjudicated by the First Circuit. Nor can leave to file a second 2255 motion be procured from a biased and contaminated Court of Appeals which volunteered to be witnesses against me in NJ, lied about it in 2003, and tried to have Marshals prosecute me in 2001 over "confidential" filings with the Judicial Council containing pure criticism of district court judges not involving any threats. Judges Campbell, Lipez & Cyr knew of Torruella's paranoia and hostility toward me when they summarily denied my direct appeal (No. 00-1466) to pacify their Chief Judge by keeping me falsely imprisoned on a joke search warrant used to frame me. I believe Torruella induced Dr. Olnes to falsify my medical records and Ed Roy to turn snitch with the promise of a judgeship as a reward.

12. State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.

CAUTION: If you fail to set forth all ground in this motion, you may be barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you based your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.

AO 243 (Rev. 5/85)

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impanelled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: Chief Judge Torruella concealed a conflict of interest and contaminated the Circuit with bias. My appeals must be reheard by an impartial appellate panel with counsel assigned to me.

Supporting FACTS (state *briefly* without citing cases or law) On 3/16/07, I discovered under FOIA that Judge Torruella was working with my prosecutors to convict me and he tried to disrupt my bail out of D/NJ, because he and his associates felt a deep, unnatural fear of me. While sitting on my appeals, Torruella leaked my confidential Judicial Council complaints to AUSA Goldklang, then lied to me in 2003 that he'd never received them. On all appeals since 2000, he and his associates denied me counsel, transcripts, hearings, due process, standard procedure and evenhanded administration of the law. Torruella signaled the 11/29/01 NJ witnesses that he wanted me in prison, and induced Ed Roy to commit perjury and destroy records.

B. Ground two: Final judgment must be re-entered with respect to the Judgment, 2255 & Rule 33 claims, and '03 & '05 revocation hearings.

Supporting FACTS (state *briefly* without citing cases or law): I was cheated and swindled in all of my appeals by an interested, biased chief justice who personally or through surrogates grossly distorted the facts and law and showed himself to be a liar (see attachments). The only remedy is reentry of judgments so I may perfect new appeals to be heard by a different Circuit. Torruella has encouraged harassment of me by US Marshals, US Probation, Judge Smith and Ed Roy.

C. Ground three: My entire case should be retried from the beginning due to improper venue and a hostile environment.

Supporting FACTS (state *briefly* without citing cases or law): Aware of Torruella's stake in my continuing incarceration, court clerks in DRI and DNJ have been breaking the law to prejudice me. I was told of this 1/17/06 by BOP case mgr. Donna Davis and by NJ attorney Ralph Jacobs in Mar. '07. Clerks have joined prosecutors in smearing and slandering me behind my back in secret phone calls to BOP physicians, they and Probation have destroyed official records, deleted computer entries, and lied under oath in NJ. These individuals include David DiMarzio, Barry J. Weiner, Lucille O'Keefe and Denise Howard. These court officials

AO 243 (Rev. 5/85)

have had ex parte discussions with my judges in which they provided false and inaccurate information about me, and have tried to have USMS arrest me over criticism numerous times. I deserve a new trial in a distant venue.

D. Ground four: I have a right to fair and accurate resentencing before an honest judge to correct my sentence and miscomputed jail credit.

Supporting FACTS (state *briefly* without citing cases or law): I am entitled to concurrent state & federal sentences or dual credit pursuant to 18 USC 3621(b), which was unlawfully revoked 8/2/00 after BOP had already promised it to me, found me eligible, and granted it. It was illegally revoked after conflicted judges employed Marshals and prosecutors to coerce BOP into cheating me. Other inmates with identical sentencing have gotten dual credit. And, my criminal history points were erroneously compiled. The disorderly conduct point ('96) and Attleboro points ('98) have been invalidated, dropping me from 6 to 1 and from CHC III to CHC I. The conflicted Circuit has been harassing me and avoiding this issue for seven years because those judges have an interest in my imprisonment and breached a duty to recuse. Judge Torruella has blacklisted me throughout the Circuit and blocked access to the courts.

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state briefly what grounds were not so presented, and give your reasons for not presenting them: Although I'd previously pleaded a claim of judicial bias, it was based on different information pertaining to Judge DiClerico and Judge Smith. The claims raised herein are grounded in the facts presented to me 1/17/06 by Donna Davis and in March 2007 by Ralph Jacobs, and in the USMS records I acquired through FOIA/PA on March 16, 2007.

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
Yes ☒ No ☐

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

(a) At preliminary hearing n/a

(b) At arraignment and plea George West

(c) At trial pro se (stand-by counsel, Ed Roy)

(d) At sentencing Ed Roy

AO 243 (Rev. 5/85)

(e) On appeal pro se

(f) In any post-conviction proceeding pro se

(g) On appeal from any adverse ruling in a post-conviction proceeding pro se

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
Yes ☐ No ☒

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☒ No ☐

(a) If so, give name and location of court which imposed sentence to be served in the future: District of NJ, 401 Market St., Camden, NJ

(b) Give date and length of the above sentence: 3/26/07: 84 months

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ☒ No ☐

Wherefore, movant prays that the Court grant him all relief to which he may be entitled in this proceeding. Reentry of Judgments to perfect new appeals in 00-1466, 1-1814, 2-2354, the revocation sentences, and all other orders, before an impartial panel from without the First Circuit; plus an award of costs and fees; and correction of sentence.

Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

April 3, 2007
(date)

Signature of Movant