** TX STATUS REPORT ** AS OF DEC 03 2001 09:26 PAGE.01

US MARSHALS CONCORD

| | DATE | TIME | TO/FROM | MODE | MIN/SEC | PGS | JOB# | STATUS |
|---|---|---|---|---|---|---|---|---|
| 15 | 12/03 | 09:23 | 8569684917 | EC--S | 03'18" | 009 | 250 | OK |

Fed. Detention Center
P.O. Box 562
Philadelphia, PA 19106
Name: A. D'Amario
Reg. No. #

USMS SCREENED
PRISONER MAIL

SCREENED
USMS

[redacted]
Judicial Council of the First Circuit
1 Courthouse Way, Suite 3700
Boston, MA 02210

02210+2003 73

187

b7C

Fed. ... Detention Center
P.O. ... 562
Philadelphia, PA 19106
Name: A. D'Amario
Reg. No. #

SCREENED
USMS

b7C

**USMS SCREENED**
**PRISONER MAIL**

[redacted]
Judicial Council of the First Circuit
1 Courthouse Way, Suite 3700
Boston, MA 02210

02210+3005 73

186

# F A X

b7C

TO : [redacted] (Marshall's Office)

FROM : [redacted] chambers)

DATE : November 30, 2001

RE : Letter from A. D'Amario

PAGES : 8 (including cover)

184

b7C, b7E

August 20, 2001,

Received a call from Chief [redacted] can't make the meeting today. Re-schedule for Wednesday, called and left message. Spoke to [redacted] this morning no photo yet, from AZ. Also received a package from [redacted] re: information from AZ. [redacted] had also sent a copy of same info to Judge [redacted] Placed report in file. b7C

August 22, 2001

Received the photos from [redacted] E-mailed the photos to [redacted] b7C

August 23, 2001

b7E

Called the [redacted] Set-up an appointment to see him next week.

Unable to met with Chief, briefed by phone.

November and December 2001

Spoke with [redacted] in AZ for movement to NJ for the trial. Also spoke with Debra [redacted] about D'AMARIO's movement to NJ and off monitoring. Spoke to USPO Deputy Chief [redacted] in NJ about our concerns. Called [redacted] b7C b7E

→ Received info from Chief re: letter received by 1st Circuit Appeals Judge [redacted] chambers from D'AMARIO. Contacted the chambers spoke law clerk [redacted] xed copy of letter to us and then fax out letter to Debra, NJ USPO, and to [redacted] Also notified [redacted] b7C b7E b7C

Pick-up letter from DUSM [redacted] D/MA while traveling to NJ to testify. Turned original to Debra. b7C

→ Notified of second letter to Judge [redacted] chambers. Get a faxed copy and fax to Debra, USPO [redacted] USPO [redacted] nd [redacted] Spoke to Judge [redacted] in person about additional letters, also gave him copies. b7C

December 4, 2001

b7C b7C

Received a call from [redacted] that D'AMARIO was convicted in NJ and remanded. Notified Chief, who called [redacted] Also called USMS RI and Threat [redacted]. Called Chief in [redacted] THANKED him. Also spoke with [redacted] in AZ. [redacted] will no longer be covering D'AMARIO. D'AMARIO will be reporting to USPO [redacted]

b7C b7E, b2 b7C

December 5, 2001

Called and spoke to [redacted] and had him fed-ex the second letter to this office. Called and spoke to [redacted] USPO/RI re: conditions. According to [redacted] AZ. Closed out case and if D'AMARIO is acquitted on Rule 29 on Monday December 10. He will be able to return to RI. b7C

Called [redacted] in NJ re: Rule 29 Motion, left message [redacted] called back, briefed as to what would happen if D'AMARIO is acquitted on Monday. b7C

Called and spoke to [redacted] DUSM Camden, NJ [redacted] D'AMARIO is being housed at FDC Philly now. Rule 29 is set for Monday. Requested that [redacted] contact this office after hearing as to status. b7C

December 6, 2001

→ Received letter by fed-ex from 1st circuit court of appeals in Boston.

2/26/02 - SPOKE W/ AUSA GOLDLANG D'AMARIO JUST HAD BAIL HEARING AND WAS RELEASED ON BAIL TO SELF REPORT TO ARIZONA AND RESUME ELECTRONIC MONITORING. I CONTACTED JUDGE [redacted] AND INFORMED HIM, [redacted] CONTACTED USPO [redacted] AND GAVE HEADS UP. b7C b7E b7C

148

U.S. MARSHALS SERVICE

# U.S. MARSHAL

OFFICIAL BUSINESS

# UNITED STATES MARSHALS SERVICE

## District of New Hampshire

55 Pleasant Street, Suite 207
Concord, New Hampshire 03301

Main Office: (603)225-1632
Administrative FAX: (603)225-1633
Criminal/Warrants FAX: (603)225-1659

Raymond Gagnon, USM [redacted] CDUSM

b7C

WIN DISTRICT CODE: 049 NCIC/NLETS ORI: NHUSM01S0

b7C

TO: [redacted]
FROM: [redacted]
SENDER CONTACT NUMBER: [redacted]
DATE: 12/3/01
PAGES TO FOLLOW: 8 (EXCLUDING COVER SHEET)

COMMENTS: Please take this fax to either SA [redacted] or AUSA D. GOLDKLANG. THEY ARE ON TRIAL ON 5th FLOOR 5A COURTROOM

b7C

INFORMATION IS NOT TO BE DISSEMINATED OUTSIDE THE AGENCY TO WHICH LOANED

U.S. MARSHALS SERVICE

# U.S. MARSHAL

## OFFICIAL BUSINESS

# UNITED STATES MARSHALS SERVICE


**District of New Hampshire**
55 Pleasant Street, Suite 207
Concord, New Hampshire 03301

Main Office: (603)225-1632
Administrative FAX: (603)225-1633
Criminal/Warrants FAX: (603)225-1659

Raymond Gagnon, USM [redacted] CDUSM


b7C

WIN DISTRICT CODE: 049 NCIC/NLETS ORI: NHUSM01S0

b7C

TO: [redacted]
FROM: [redacted]
SENDER CONTACT NUMBER: [redacted]
DATE: 12/4/01
PAGES TO FOLLOW: 9 (EXCLUDING COVER SHEET)

COMMENTS: The two letters written by DAMARZIO to 1st CIRCUIT COURT OF APPEALS

INFORMATION IS NOT TO BE DISSEMINATED OUTSIDE THE AGENCY TO WHICH LOANED

188

UNITED STATES COURTS FOR THE FIRST CIRCUIT
OFFICE OF THE CIRCUIT EXECUTIVE
JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE
1 COURTHOUSE WAY - SUITE 3700
BOSTON, MA 02210

GARY H. WENTE
CIRCUIT EXECUTIVE
617-748-9613

FLORENCE PAGANO
ASSISTANT CIRCUIT EXECUTIVE
617-748-9376

March 6, 2003

Arthur D'Amario, III
1488 W. Camino de la Oca
Green Valley, AZ 85614

Dear Mr. D'Amario:

Your letter, dated February 11, 2003, has been referred to my attention. As I indicated to you in my letter, dated February 6, 2003, the Circuit Executive's misconduct files do not contain the letters that you have identified. Indeed, there is no record that this office ever received such letters. Consequently, this Circuit Executive Office staff have no knowledge as to how the letters you describe would have, as you allege, been obtained by any other party.

Sincerely,

Florence Pagano