UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Arthur D'Amario

v.

CA07-130S
CR99-24

United States of America

ORDER

All of the judges in the District of Rhode Island have previously recused from presiding over the underlying criminal case (CR99-24S, United States v. Arthur D'Amario). All the judges in the District of New Hampshire have previously recused from any case involving this plaintiff. Accordingly, this case is hereby transferred to the district of Massachusetts to be assigned to District Judge William Young who is currently presiding over CR99-24, United States v. Arthur D'Amario.

SO ORDERED.

By Order:
Doreen Baldwell
Deputy Clerk

Enter:
Mary M. Lisi
Mary M. Lisi
Chief Judge, US District Court
Date: April 10, 2007