UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND (PROVIDENCE)

| | |
|---|---|
| Arthur D'Amario, 3rd | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 07-00130-WGY |
| United States of America | ) |
| Defendant | ) |

YOUNG, D.J.[1] April 17, 2007

ORDER

This petition is dismissed sua sponte both as a second and successive petition filed without permission and as untimely. The ground advanced, for equitable tolling, is utterly unsupported by the attached documents.

William G. Young
District Judge

[1] Of the District of Massachusetts sitting by designation.