UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

ARTHUR D'AMARIO III

v. C.A. No. 7-00130-WGY

USA

NOTICE OF APPEAL

Notice is served that Petitioner appeals the Order of 4/17/07 (EOD 4/19/07) to the First Circuit.

Petitioner, pro se,

4-23-07

Arthur D'Amario 02989-070
Federal Detention Center
PO Box 562
Philadelphia, PA 19105