UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

ARTHUR D'AMARIO III

v. C.A. No. 7-00130-WGY

USA

MOTION FOR COA

Now comes Petitioner to move for issuance of a Certificate of Appealability, for the reasons stated in his accompanying memorandum.

Petitioner, pro se,
[signature] 4-23-07
Arthur D'Amario III

May 10, 2007,
In all good conscience, I cannot grant a certificate of appealability where the allegations are so outrageous and the record utterly devoid of any remotely factual support.

William G. Young
District Judge