UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

ARTHUR D'AMARIO III

v. C.A. No. 7-130-WGY

USA

MOTION FOR LEAVE TO APPEAL IN FORMA PAUPERIS

Petitioner moves for leave to appeal IFP and relies on his accompanying financial affidavit.

Petitioner, pro se,
5/29/07
Arthur D'Amario III