CA: 07-130
J. Young
Papers to
Fallon

# MANDATE

# United States Court of Appeals
## For the First Circuit

---

No. 07-1673

ARTHUR D'AMARIO, III,

Petitioner, Appellant,

v.

UNITED STATES,

Respondent, Appellee.

---

Before

Torruella, Circuit Judge,
Stahl, Senior Circuit Judge,
and Howard, Circuit Judge.

---

JUDGMENT

Entered: March 20, 2008

The motion for recusal is denied.

The district court correctly concluded that petitioner's April 2007 filing was a second or successive motion filed pursuant to 28 U.S.C. § 2255 motion for which petitioner had not received filing authorization by the court of appeals. To the extent that petitioner's request for a certificate of appealability filed in this court is an application for authorization to file a second or successive § 2255 motion in the district court, that authorization is denied as it does not meet the standard set forth in 28 U.S.C. § 2255.

Accordingly, this appeal is terminated.

By the Court:

Richard Cushing Donovan, Clerk.

MARGARET CARTER

By: ______________________

Chief Deputy Clerk.

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: MAY 13 2008

[Cert. cc: Hon. William G. Young and David DiMarzio, Clerk, U.S.D.C. of Rhode Island, cc: Mr. D'Amario and Mr. Lockhart]